1
2
3
4
5
6
7

8                         UNITED STATES DISTRICT COURT

9                        NORTHERN DISTRICT OF CALIFORNIA

10                                OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,        ) | No. CR-09-00037 SBA |
|                                  ) | |
|     Plaintiff,                   ) | ORDER GRANTING STIPULATED |
|                                  ) | REQUEST TO CONTINUE HEARING |
|     v.                           ) | DATE TO FEBRUARY 10, 2009 AND TO |
|                                  ) | EXCLUDE TIME UNDER THE SPEEDY |
| JUAN ANGEL OSORIO-FUNEZ,         ) | TRIAL ACT |
|     a/k/a Emilio Andrate,        ) | |
|     a/k/a Osorio Danilo Fernandez,) | Date:  February 3, 2009 |
|     a/k/a Juan Angel Funez,      ) | Time:  9:00 a.m. |
|     a/k/a Juan Angel Osorio,     ) | Court: Hon. Saundra Brown |
|     a/k/a Julio Mejia,           ) |        Armstrong |
|     a/k/a Juan Funez,            ) | |
|     a/k/a Carlos Jimenez,        ) | |
|     a/k/a Asento Gonzalez,       ) | |
|     a/k/a Abelardo Trejo,        ) | |
|     a/k/a Gonzalo Andrade,       ) | |
|     a/k/a Marcial Cariyo,        ) | |
|     a/k/a Alelardo Trejo,        ) | |
|                                  ) | |
|     Defendant.                   ) | |
|                                  ) | |

The parties jointly requested that the hearing in this matter be continued from February 3, 2009 to February 10, 2009, and that time be excluded under the Speedy Trial Act between February 3, 2009 and February 10, 2009 to allow for the effective preparation of counsel, taking into account the exercise of due diligence. The government produced discovery to counsel for defendant on January 15, 2009. Defense counsel needs additional time to review the discovery that has been produced and to investigate this matter. The parties agree the ends of justice

STIP. REQ. TO CONTINUE HEARING DATE TO FEBRUARY 10, 2009 AND TO EXCLUDE TIME
No. CR 09-00037 SBA

1  served by granting the continuance outweigh the best interests of the public and defendant in a
2  speedy trial.  For these stated reasons, the Court finds that the ends of justice served by granting
3  the continuance outweigh the best interests of the public and defendant in a speedy trial.  Good
4  cause appearing therefor, and pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv),

5      **IT IS HEREBY ORDERED** that the status hearing in this matter is continued from
6  February 3, 2009 to February 10, 2009 at 9:00 a.m., and that time between January 30, 2009 and
7  February 10, 2009 is excluded under the Speedy Trial Act to allow for the effective preparation
8  of counsel, taking into account the exercise of due diligence.

10 DATED:_2/2/09                       _____
                                                 HON. SAUNDRA BROWN ARMSTRONG
11                                                  United States District Judge

STIP. REQ. TO CONTINUE HEARING DATE TO FEBRUARY 10, 2009 AND TO EXCLUDE TIME
No. CR 09-00037 SBA