1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

UNITED STATES OF AMERICA,                )        No. CR-09-037 SBA
                                         )
        Plaintiff,                       )         ORDER GRANTING STIPULATED
                                         )        REQUEST TO CONTINUE SENTENCING
    v.                                   )        DATE TO JULY 6, 2009
                                         )
JUAN ANGEL OSORIO-FUNEZ,                 )        Date:   June 23, 2009
                                         )        Time:  10:00 a.m.
        Defendant.                       )        Court: Hon. Saundra Brown Armstrong
                                         )
_____  )

        The parties jointly requested that the sentencing hearing in this matter be continued from

June 23, 2009 to July 6, 2009.  Defense counsel was unavailable on June 23.  Good cause

appearing therefor,

        **IT IS HEREBY ORDERED** that the sentencing hearing in this matter is continued from

June 23, 2009 to July 6, 2009 at 1:00 p.m.

DATED:6/29/09                            _____
                                         HON. SAUNDRA BROWN ARMSTRONG
                                         United States District Judge

STIP. REQ. TO CONTINUE SENT. HEARING
DATE TO JULY 6, 2009
No. CR-09-037 SBA                                2